UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL,<br>PROTECTION AGENCY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)      Civil Action No. 19-3018 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

## SIXTH JOINT STATUS REPORT

Pursuant to the Court's June 19, 2020, Minute Order, Plaintiff Sierra Club and Defendant United States Environmental Protection Agency ("EPA") (hereinafter the "Parties"), respectfully submit this Joint Status Report ("JSR") updating the Court regarding the status of this Freedom of Information Act ("FOIA") case.

1. As previously reported, Plaintiff had completed its review of Defendant's document production and did not challenge Defendant's responses to the FOIA request.  The only issue that remained to be resolved was the potential recovery of attorney's fees and costs.

2. Despite the Parties' efforts to resolve the issue of fees and costs informally, the Parties are unable to settle the matter.  Plaintiff made a settlement offer on fees, and provided Defendant with an explanation of its claim of eligibility for and entitlement to fees; Defendant declined Plaintiff's offer and indicated it would not make a counter-offer. The Parties therefore propose the following schedule for briefing the sole issue of attorney's fees and costs:

- Plaintiff's Application for attorney's fees and costs: August 28, 2020

- Defendant's Response thereto: September 28, 2020

- Plaintiff's Reply: October 14, 2020

3. The Parties hereby stipulate that there is no dispute regarding the adequacy of the search for, production of, or withholding or redaction of, records by Defendant in this litigation in response to Plaintiff's FOIA request.  Accordingly, absent the Court's instructions otherwise, the Parties do not intend to litigate those issues in their respective filings on the issue of fees and costs.

Dated: July 17, 2020

By: */s/ Matthew Miller*
MATTHEW E. MILLER
D.C. Bar # 1015222
Staff Attorney, Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
Tele: 303-454-3344
Email: matthew.miller@sierraclub.org

JOSEPH HALSO
*Admitted pro hac vice*
CO Bar No. 48666
Staff Attorney, Sierra Club
1536 Wynkoop St., Suite 200
Denver, CO 80202
Tele: 303-454-3365
Email: joe.halso@sierraclub.org

*Counsel for Plaintiff*

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By: /s/ *John C. Truong*
JOHN C. TRUONG
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2524
Email: john.truong@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SIERRA CLUB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-3018 (APM) |
| | ) | |
| UNITED STATES ENVIRONMENTAL, PROTECTION AGENCY, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Sixth Joint Status Report, it is ORDERED that:

Plaintiff's Application for attorneys' fees and costs shall be due on August 28, 2020;

Defendant's Response thereto shall be due on September 28, 2020; and

Plaintiff's Reply shall be due on October 14, 2020

SO ORDERED.

_____

Date

_____

Amit P. Mehta
United States District Judge